CHRISTOPHER C. COOKE (SBN 142342)
JEFFREY W. KOBRICK (SBN 225750)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94422
Email:  ccooke@ckwlaw.com
Email: jkobrick@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 350-4333

Attorneys for Defendants

STEPHAN A. BARBER (SBN 70070)
DANIEL P. McKINNON (SBN 234749)
ROPERS, MAJESKI, KOHN & BENTLEY
50 W. San Fernando Street, Suite 1400
San Jose, CA  95113
Telephone:     (408) 287-6262
Facsimile:     (408) 918-4501
Email:         sbarber@rmkb.com

Attorneys for Plaintiffs

**E-Filed 6/2/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. JOHNSON, et al., | **CASE NO.  CV-11-00092 JF** |
| Plaintiffs, | **STIPULATION AND ORDER MODIFYING THE DATE FOR DEFENDANTS' MOTION TO DISMISS AND THE RESPECTIVE DATES FOR THE FILING OF AN OPPOSITION AND REPLY ATTENDANT THERETO** |
| v. | |
| STEVEN L. MYERS, et al., | |
| Defendants. | **Date:      June 17, 2011** |
| | **Time:      9:00 a.m.** |
| | **Location:  Courtroom 3, 5th Floor** |
| | **New Date: June 24, 2011** |
| | **Time:      9:00 a.m.** |
| | **Location:  Courtroom 3, 5th Floor** |

1       It is hereby stipulated between Plaintiffs JAMES R. JOHNSON, TERRENCE SIMS,

2   HEATHER SIMS, JOSLYN JOHNSON-BENNING, WILLIE BENNING, RICHARD

3   GADDES, ROBERT HARTENSTEIN, DEB HARTENSTEIN, TODD D. SEVERIN, HANS P.

4   SCHROEDER, STEPHEN SCHNEIDER, MICHAEL BILICH, LANCE GODDARD, JOAN

5   GODDARD, MICHAEL MOFFETT, MARIAN MOFFETT, JAMES M. ROSS, WILLIAM

6   SCHNEIDER, and VALERIE SCHNEIDER, by and through their attorney, Stephan A. Barber,

7   and Defendants STEVEN L. MYERS dba MYERS ENGINEERING INTERNATIONAL, INC.

8   and MYERS ENGINEERING INTERNATIONAL, INC., by and through their attorney, Jeffrey

9   W. Kobrick, as follows:

10       (1)    The hearing on Defendants' Motion to Dismiss, presently set for June 17, 2011 at

11   9:00 a.m. will be heard on June 24, 2011 at 9:00 a.m., unless otherwise changed by the Court.

12       (2)    The date for filing of Plaintiffs' Opposition to Defendants' Motion to Dismiss is

13   June 3, 2011.

14       (3)    The date for Defendants' Reply to the aforesaid Opposition is June 10, 2011.

15   Dated: May 26, 2011          ROPERS, MAJESKI, KOHN & BENTLEY

16

17                        By:                                 
                                STEPHAN A. BARBER

18                              Attorneys for Plaintiffs

    Dated: May 26, 2011          COOKE KOBRICK & WU LLP

19                        By:

20                              Christopher Cooke
                              JEFFREY W. KOBRICK

21                              Attorneys for Defendants

22                      **ORDER OF THE COURT**

23       The above stipulation of the parties is accepted.  The Defendants' Motion to Dismiss

24   originally set for hearing on June 17, 2011 will be heard on June 24, 2011 at 9:00 a.m.  Plaintiffs'

25   Opposition to the Motion will be filed June 3, 2011.  Defendants' Reply to the Opposition will be

26   filed June 10, 2011.

27   Dated: ~~May ____, 2011~~ 6/2/2011

28                      HONORABLE JEREMY FOGEL

RCI/6014374.1/BL1               - 2 -                 CASE NO. CV-11-00092 JF

STIPULATION AND ORDER MODIFYING THE DATE FOR DEFENDANTS' MOTION TO DISMISS