CHRISTOPHER C. COOKE (SBN 142342)
JEFFREY W. KOBRICK (SBN 225750)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94422
Email: ccooke@ckwlaw.com
Email: jkobrick@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 350-4333

Attorneys for Defendants

STEPHAN A. BARBER (SBN 70070)
GREGORY M. GENTILE (SBN 142424)
ROPERS, MAJESKI, KOHN & BENTLEY
50 W. San Fernando Street, Suite 1400
San Jose, CA  95113
Telephone:     (408) 287-6262
Facsimile:      (408) 918-4501
Email:            sbarber@rmkb.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. JOHNSON, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>STEVEN L. MYERS, et al.,<br><br>　　　　Defendants. | CASE NO.  CV-11-00092<br><br>**STIPULATION AND ORDER MODIFYING THE DATE FOR PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Date:        January 5, 2012<br>Time:       8:00 a.m.<br>Location:  Courtroom 8, 19th Floor<br>Judge:      Hon. William H. Alsup<br><br>New Date: January 12, 2012<br>Time:        8:00 a.m.<br>Location:  Courtroom 8, 19th Floor<br>Judge:       Hon. William H. Alsup |

RC1/6230095.1/BL1     - 1 -     CASE NO.  CV-11-00092 JF

**STIPULATION AND ORDER MODIFYING THE DATE FOR PLAINTIFFS'
MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

It is hereby stipulated between Plaintiffs JAMES R. JOHNSON, TERRENCE SIMS, HEATHER SIMS, JOSLYN JOHNSON-BENNING, WILLIE BENNING, RICHARD GADDES, ROBERT HARTENSTEIN, DEB HARTENSTEIN, TODD D. SEVERIN, HANS P. SCHROEDER, STEPHEN SCHNEIDER, MICHAEL BILICH, LANCE GODDARD, JOAN GODDARD, MICHAEL MOFFETT, MARIAN MOFFETT, JAMES M. ROSS, WILLIAM SCHNEIDER, and VALERIE SCHNEIDER, by and through their attorney, Stephan A. Barber, and Defendants STEVEN L. MYERS dba MYERS ENGINEERING INTERNATIONAL, INC. and MYERS ENGINEERING INTERNATIONAL, INC., by and through their attorney, Jeffrey W. Kobrick, as follows:

(1) Plaintiffs' Motion for Leave to File their First Amended Complaint filed on November 18, 2011 shall be deemed timely filed.

(2) The hearing on Plaintiffs' Motion for Leave to File First Amended Complaint, presently set for January 5, 2012 at 8:00 a.m. will be heard on January 12, 2012 at 8:00 a.m., unless otherwise changed by the Court.

(2) The date for filing of Plaintiffs' Opposition to Defendants' Motion to Dismiss is December 7, 2011.

(3) The date for Defendants' Reply to the aforesaid Opposition is December 14, 2011.

Dated: November 22, 2011     ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
STEPHAN A. BARBER
GREGORY M. GENTILE
Attorneys for Plaintiffs

Dated: November 22, 2011     COOKE, KOBRICK & WU LLP

By: _____
JEFFREY W. KOBRICK
CHRISTOPHER COOKE
Attorneys for Defendants

### ORDER OF THE COURT

The above stipulation of the parties is accepted. The Plaintiffs' Motion for Leave to File

First Amended Complaint filed on November 18, 2011 will be deemed timely filed. Plaintiffs' Motion for Leave to File First Amended Complaint originally set for hearing on January 5, 2012 will be heard on January 12, 2012 at 8:00 a.m. Plaintiffs' Opposition to the Motion will be filed December 7, 2011. Defendants' Reply to the Opposition will be filed December 14, 2011.

Dated: November 28, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE