1
2   CHRISTOPHER C. COOKE (SBN 142342)
    JEFFREY W. KOBRICK (SBN 225750)
3   COOKE KOBRICK & WU LLP
    177 Bovet Road, Suite 600
4   San Mateo, CA 94422
    Email:  ccooke@ckwlaw.com
5   Email: jkobrick@ckwlaw.com
    Tel: (650) 638-2370
6   Fax: (650) 350-4333
7   Attorneys for Defendants
8
    STEPHAN A. BARBER (SBN 70070)
9   GREGORY M. GENTILE (SBN 142424)
    ROPERS, MAJESKI, KOHN & BENTLEY
10  50 W. San Fernando Street, Suite 1400
    San Jose, CA  95113
11  Telephone:    (408) 287-6262
    Facsimile:    (408) 918-4501
12  Email:        sbarber@rmkb.com

13  Attorneys for Plaintiffs

14

15

16              UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18

19  JAMES R. JOHNSON, et al.,            CASE NO.  CV-11-00092

20              Plaintiffs,              STIPULATION AND ORDER
                                         MODIFYING THE DATE FOR
21       v.                              PLAINTIFFS' MOTION FOR LEAVE TO
                                         FILE FIRST AMENDED COMPLAINT
22  STEVEN L. MYERS, et al.,
                                         Date:      January 5, 2012
23              Defendants.              Time:      8:00 a.m.
                                         Location:  Courtroom 8, 19th Floor
24                                       Judge:     Hon. William H. Alsup

25                                       New Date: January 12, 2012
                                         Time:      8:00 a.m.
26                                       Location:  Courtroom 8, 19th Floor
                                         Judge:     Hon. William H. Alsup
27

28
    RC1/6230095.1/BL1           - 1 -          CASE NO.  CV-11-00092 JF
    ─────────────────────────────────────────────────────────────────
    STIPULATION AND ORDER MODIFYING THE DATE FOR PLAINTIFFS'
            MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

1    It is hereby stipulated between Plaintiffs JAMES R. JOHNSON, TERRENCE SIMS,

2    HEATHER SIMS, JOSLYN JOHNSON-BENNING, WILLIE BENNING, RICHARD

3    GADDES, ROBERT HARTENSTEIN, DEB HARTENSTEIN, TODD D. SEVERIN, HANS P.

4    SCHROEDER, STEPHEN SCHNEIDER, MICHAEL BILICH, LANCE GODDARD, JOAN

5    GODDARD, MICHAEL MOFFETT, MARIAN MOFFETT, JAMES M. ROSS, WILLIAM

6    SCHNEIDER, and VALERIE SCHNEIDER, by and through their attorney, Stephan A. Barber,

7    and Defendants STEVEN L. MYERS dba MYERS ENGINEERING INTERNATIONAL, INC.

8    and MYERS ENGINEERING INTERNATIONAL, INC., by and through their attorney, Jeffrey

9    W. Kobrick, as follows:

10    (1)    Plaintiffs' Motion for Leave to File their First Amended Complaint filed on

11    November 18, 2011 shall be deemed timely filed.

12    (2)    The hearing on Plaintiffs' Motion for Leave to File First Amended Complaint,

13    presently set for January 5, 2012 at 8:00 a.m. will be heard on January 12, 2012 at 8:00 a.m.,

14    unless otherwise changed by the Court.

15    (2)    The date for filing of Plaintiffs' Opposition to Defendants' Motion to Dismiss is

16    December 7, 2011.

17    (3)    The date for Defendants' Reply to the aforesaid Opposition is December 14, 2011.

18    Dated: November 22, 2011            ROPERS, MAJESKI, KOHN & BENTLEY

19

20                                        By: _____
                                              STEPHAN A. BARBER
                                              GREGORY M. GENTILE
21                                            Attorneys for Plaintiffs

22    Dated: November 22, 2011            COOKE KOBRICK & WU LLP

23                                        By: _____
                                              JEFFREY W. KOBRICK
24                                            CHRISTOPHER COOKE
                                              Attorneys for Defendants
25

26                              **ORDER OF THE COURT**

27    The above stipulation of the parties is accepted.  The Plaintiffs' Motion for Leave to File

28

**STIPULATION AND ORDER MODIFYING THE DATE FOR PLAINTIFFS'
MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

1   First Amended Complaint filed on November 18, 2011 will be deemed timely filed.  Plaintiffs'

2   Motion for Leave to File First Amended Complaint originally set for hearing on January 5, 2012

3   will be heard on January 12, 2012 at 8:00 a.m.  Plaintiffs' Opposition to the Motion will be filed

4   December 7, 2011.  Defendants' Reply to the Opposition will be filed December 14, 2011.

5

6   Dated:  November 28, 2011.          _____

7                                      William Alsup
                                       UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER MODIFYING THE DATE FOR PLAINTIFFS'
MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**