```
CHRISTOPHER C. COOKE (SBN 142342)
JEFFREY W. KOBRICK (SBN 225750)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94422
Email:  ccooke@ckwlaw.com
Email: jkobrick@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 350-4333
```

Attorneys for Defendants

```
STEPHAN A. BARBER (SBN 70070)
GREGORY M. GENTILE (SBN 142424)
ROPERS, MAJESKI, KOHN & BENTLEY
50 W. San Fernando Street, Suite 1400
San Jose, CA  95113
Telephone:    (408) 287-6262
Facsimile:    (408) 918-4501
Email:        sbarber@rmkb.com
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. JOHNSON, et al., | CASE NO.  CV-11-00092 WHA |
| Plaintiffs, | STIPULATION AND ORDER CONTINUING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT |
| v. | |
| STEVEN L. MYERS, et al., | Date:      January 12, 2012<br>Time:      8:00 a.m.<br>Location:  ~~Courtroom 3, 5th Floor~~ |
| Defendants. | |
| | New Date: January 26, 2012<br>Time:      8:00 a.m.<br>Location:  ~~Courtroom 3, 5th Floor~~ |

It is hereby stipulated between Plaintiffs JAMES R. JOHNSON, TERRENCE SIMS, HEATHER SIMS, JOSLYN JOHNSON-BENNING, WILLIE BENNING, RICHARD

RC1/6284670.1/BL1 - 1 - CASE NO. CV-11-00092 WHA

GADDES, ROBERT HARTENSTEIN, DEB HARTENSTEIN, TODD D. SEVERIN, HANS P. SCHROEDER, STEPHEN SCHNEIDER, MICHAEL BILICH, LANCE GODDARD, JOAN GODDARD, MICHAEL MOFFETT, MARIAN MOFFETT, JAMES M. ROSS, WILLIAM SCHNEIDER, and VALERIE SCHNEIDER, by and through their attorney, Stephan A. Barber, and Defendants STEVEN L. MYERS dba MYERS ENGINEERING INTERNATIONAL, INC. and MYERS ENGINEERING INTERNATIONAL, INC., by and through their attorney, Jeffrey W. Kobrick, as follows:

(1) Due to unavailability of Plaintiffs' counsel, the hearing on Plaintiffs' Motion for Leave to Amend Complaint, presently set for January 12, 2012 at 8:00 a.m. will be heard on January 26, 2012 at 8:00 a.m., unless otherwise changed by the Court.

Dated: January 9, 2012     ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Stephan A. Barber
STEPHAN A. BARBER
GREGORY M. GENTILE
Attorneys for Plaintiffs

Dated: January 9, 2012     COOKE KOBRICK & WU LLP

By: /s/ Christopher C. Cooke
JEFFREY W. KOBRICK
CHRISTOPHER C. COOKE
Attorneys for Defendants

### ORDER OF THE COURT

The above stipulation of the parties is accepted. The Plaintiffs' Motion for Leave to Amend Complaint will be heard on January 26, 2012 at 8:00 a.m. in the above referenced Court.

Dated: January 11, 2012

_____
HONORABLE WILLIAM H. ALSUP

APPROVED
Judge William Alsup