1  CHRISTOPHER C. COOKE (SBN 142342)
2  JEFFREY W. KOBRICK (SBN 225750)
   COOKE KOBRICK & WU LLP
3  177 Bovet Road, Suite 600
4  San Mateo, CA 94422
   Email:  ccooke@ckwlaw.com
5  Email: jkobrick@ckwlaw.com
   Tel: (650) 638-2370
6  Fax: (650) 350-4333

7  Attorneys for Defendants

8
   STEPHAN A. BARBER (SBN 70070)
9  GREGORY M. GENTILE (SBN 142424)
   ROPERS, MAJESKI, KOHN & BENTLEY
10 50 W. San Fernando Street, Suite 1400
   San Jose, CA  95113
11 Telephone:      (408) 287-6262
   Facsimile:      (408) 918-4501
12 Email:          sbarber@rmkb.com

13 Attorneys for Plaintiffs

14

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

19 | JAMES R. JOHNSON, et al., | CASE NO.  CV-11-00092 WHA |
20 | Plaintiffs, | STIPULATION AND ORDER CONTINUING PLAINTIFFS' MOTION |
21 | v. | FOR LEAVE TO AMEND COMPLAINT |
22 | STEVEN L. MYERS, et al., | Date:     January 12, 2012<br>Time:     8:00 a.m. |
23 | Defendants. | Location: ~~Courtroom 3, 5th Floor~~ |
24 | | |
25 | | New Date: January 26, 2012<br>Time:     8:00 a.m.<br>Location: ~~Courtroom 3, 5th Floor~~ |
26

27      It is hereby stipulated between Plaintiffs JAMES R. JOHNSON, TERRENCE SIMS,

28 HEATHER SIMS, JOSLYN JOHNSON-BENNING, WILLIE BENNING, RICHARD

RC1/6284670.1/BL1                    - 1 -                    CASE NO. CV-11-00092 WHA

STIPULATION AND ORDER CONTINUING HEARING DATE FOR
PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

1  GADDES, ROBERT HARTENSTEIN, DEB HARTENSTEIN, TODD D. SEVERIN, HANS P.
2  SCHROEDER, STEPHEN SCHNEIDER, MICHAEL BILICH, LANCE GODDARD, JOAN
3  GODDARD, MICHAEL MOFFETT, MARIAN MOFFETT, JAMES M. ROSS, WILLIAM
4  SCHNEIDER, and VALERIE SCHNEIDER, by and through their attorney, Stephan A. Barber,
5  and Defendants STEVEN L. MYERS dba MYERS ENGINEERING INTERNATIONAL, INC.
6  and MYERS ENGINEERING INTERNATIONAL, INC., by and through their attorney, Jeffrey
7  W. Kobrick, as follows:

(1) Due to unavailability of Plaintiffs' counsel, the hearing on Plaintiffs' Motion for Leave to Amend Complaint, presently set for January 12, 2012 at 8:00 a.m. will be heard on January 26, 2012 at 8:00 a.m., unless otherwise changed by the Court.

Dated: January 9, 2012                ROPERS, MAJESKI, KOHN & BENTLEY

                                      By: /s/ Stephan A. Barber
                                          STEPHAN A. BARBER
                                          GREGORY M. GENTILE
                                          Attorneys for Plaintiffs

Dated: January 9, 2012                COOKE KOBRICK & WU LLP

                                      By: /s/ Christopher C. Cooke
                                          JEFFREY W. KOBRICK
                                          CHRISTOPHER C. COOKE
                                          Attorneys for Defendants

### ORDER OF THE COURT

The above stipulation of the parties is accepted. The Plaintiffs' Motion for Leave to Amend Complaint will be heard on January 26, 2012 at 8:00 a.m. in the above referenced Court.

Dated: January 11, 2012

                                      _____
                                      HONORABLE WILLIAM H. ALSUP

[APPROVED — Judge William Alsup, United States District Court, Northern District of California]

RC1/6284670.1/BL1                     - 2 -                    CASE NO. CV-11-00092 WHA

STIPULATION AND ORDER CONTINUING HEARING DATE FOR
PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT