IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. JOHNSON, *et al.*, | No. C 11-00092 WHA |
| Plaintiffs, | |
| v. | **ORDER REQUESTING SUPPLEMENTAL BRIEFING** |
| STEVEN L. MYERS, *et al.*, | |
| Defendants. | |

On January 26, 2012, a motion hearing on plaintiffs' motion for leave to file a first amended complaint took place. The Court requested supplemental briefing. Counsel for both parties are hereby ordered to file supplemental materials, which may include briefs not to exceed five pages, regarding information requested at the January 26 motion hearing. The initial submissions shall be due by **NOON ON FEBRUARY 17, 2012**. Response briefs of no more than five pages shall be due by **NOON ON MARCH 2, 2012**.

**IT IS SO ORDERED.**

Dated: January 27, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE