IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES R. JOHNSON, *et al.*,

    Plaintiffs,

  v.

STEVEN L. MYERS, *et al.*,

    Defendants.

No. C 11-00092 WHA

**ORDER REQUESTING PRESENCE OF PLAINTIFFS ON MARCH 15, 2012 FOR HEARING ON MOTION TO WITHDRAW AS COUNSEL**

    Ropers, Majeski, Kohn & Bentley, PC, have submitted a motion requesting leave to withdraw as counsel of record for plaintiffs in this action (Dkt. No. 50). The motion is set to be heard at **8:00 A.M. ON MARCH 15, 2012**, in Courtroom 8, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

    The Court requests that plaintiffs attend the motion hearing because their rights will be affected by withdrawal of their counsel of record, should the Court permit such withdrawal. Plaintiffs' counsel must notify each plaintiff of this order.

**IT IS SO ORDERED.**

Dated: March 9, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE