IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES JOHNSON, TERRENCE SIMS, HEATHER SIMS, JOSLYN JOHNSON-BENNING, WILLIE BENNING, RICHARD GADDES, ROBERT HARTENSTEIN, DEB HARTENSTEIN, TODD SEVERLIN, HANS SCHROEDER, STEVEN SCHNEIDER, MICHAEL BILICH, LANCE GODDARD, JOAN GODDARD, MICHAEL MOFFETT, MARIAN MOFFETT, JAMES ROSS, WILLIAM SCHNEIDER, and VALERIE SCHNEIDER,

    Plaintiffs,

  v.

STEVEN MYERS, dba MYERS ENGINEERING INTERNATIONAL, INC., and MYERS ENGINEERING INTERNATIONAL, INC.,

    Defendants.

No. C 11-00092 WHA

**JUDGMENT**

For the reasons stated in the accompanying order denying plaintiffs' motion to file a first amended complaint without leave to further amend, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Steven Myers and Myers Engineering International, Inc., and against plaintiffs James Johnson, Terrence Sims, Heather Sims, Joslyn Johnson-Benning, Willie Benning, Richard Gaddes, Robert Hartenstein, Deb Hartenstein, Todd Severlin, Hans Schroeder, Steven Schneider, Michael Bilich, Lance Goddard, Joan Goddard, Michael Moffett, Marian Moffett, James Ross, William Schneider, and Valerie Schneider. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 21, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE