1  STEPHAN A. BARBER (SBN 70070)
   GREGORY M. GENTILE (SBN 142424)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   50 W. San Fernando Street, Suite 1400
3  San Jose, CA  95113
   Telephone:    (408) 287-6262
4  Facsimile:    (408) 918-4501
   Email:        sbarber@rmkb.com
5
   Attorneys for Plaintiffs
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| 12  JAMES R. JOHNSON, TERRENCE SIMS, HEATHER SIMS, JOSLYN JOHNSON-BENNING, WILLIE BENNING, RICHARD GADDES, ROBERT HARTENSTEIN, DEB HARTENSTEIN, TODD D. SEVERIN, HANS P. SCHROEDER, STEVEN SCHNEIDER, MICHAEL BILICH, LANCE GODDARD, JOAN GODDARD, MICHAEL MOFFETT, MARIAN MOFFETT, JAMES M. ROSS, WILLIAM SCHNEIDER, and VALERIE SCHNEIDER,<br><br>          Plaintiffs,<br><br>     v.<br><br>STEVEN L. MYERS dba MYERS ENGINEERING INTERNATIONAL, INC. and MYERS ENGINEERING INTERNATIONAL, INC.,<br><br>          Defendants. | CASE NO.  CV-11-00092 WHA<br><br>**ORDER GRANTING ROPERS, MAJESKI, KOHN & BENTLEY'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS JAMES R. JOHNSON, TERRENCE SIMS, HEATHER SIMS, JOSLYN JOHNSON-BENNING, WILLIE BENNING, RICHARD GADDES, ROBERT HARTENSTEIN, DEB HARTENSTEIN, TODD D. SEVERIN, HANS P. SCHROEDER, STEVEN SCHNEIDER, MICHAEL BILICH, LANCE GODDARD, JOAN GODDARD, MICHAEL MOFFETT, MARIAN MOFFETT, JAMES M. ROSS, WILLIAM SCHNEIDER, and VALERIE SCHNEIDER**<br><br>Date:     March 15, 2012<br>Time:     8:00 a.m.<br>Location: **Courtroom 8 - 19th Floor** |

       Pursuant to Local Rule 11-5, the request of Ropers, Majeski, Kohn & Bentley to be

withdrawn as an attorney of record for Plaintiffs JAMES R. JOHNSON, TERRENCE SIMS,

HEATHER SIMS, JOSLYN JOHNSON-BENNING, WILLIE BENNING, RICHARD

RC1/6315547.1/BL1                         - 1 -                    **ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**

1  GADDES, ROBERT HARTENSTEIN, DEB HARTENSTEIN, TODD D. SEVERIN, HANS P.
2  SCHROEDER, STEVEN SCHNEIDER, MICHAEL BILICH, LANCE GODDARD, JOAN
3  GODDARD, MICHAEL MOFFETT, MARIAN MOFFETT, JAMES M. ROSS, WILLIAM
4  SCHNEIDER, and VALERIE SCHNEIDER is hereby granted effective March 21, 2012.
5     IT IS HEREBY ORDERED.

7  Dated: June 29, 2012.

    William Alsup
    UNITED STATES DISTRICT JUDGE

RC1/6315547.1/BL1 - 2 - **ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**