IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES R. JOHNSON, *et al.*

    Plaintiffs,

v.

STEVEN L. MYERS dba MYERS ENGINEERING INTERNATIONAL INC., and MYERS ENGINEERING INTERNATIONAL, INC.,

    Defendants.

No. C 11-00092 WHA

**REQUEST FOR BRIEFING RE ATTORNEY'S FEES**

On May 29, 2012, an order denied defendants' motion for attorney's fees (Dkt. No. 80). On March 7, 2014, our court of appeals reversed the order and remanded for further proceedings. Both sides are requested to file briefing, no longer than ten pages, on how to proceed in light of reversal by **NOON ON MARCH 17, 2014.**

Dated: March 10, 2014.

                           WILLIAM ALSUP
                           UNITED STATES DISTRICT JUDGE