IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES R. JOHNSON, *et al.*,

    Plaintiffs,

  v.

STEVEN L. MYERS, and MYERS ENGINEERING INTERNATIONAL, INC.,

    Defendants.

No. C 11-00092 WHA

**ORDER RE ATTORNEY'S FEES**

On May 28, plaintiffs were held joint and severally liable for defendants' attorney's fees and costs. Defendants were ordered to file a supplemental application for fees covering only the work they conducted since the appeal of this action. Defendants' application claimed a total of $10,879.40 in attorney's fees and costs (Dkt. No. 106). Plaintiffs had until June 6 to contest defendants' supplemental application. No opposition was filed. Accordingly, plaintiffs are hereby ordered to pay defendants the full amount requested.

**IT IS SO ORDERED.**

Dated: June 16, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE