1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10

JAMES R. JOHNSON, *et al.*,

11

      Plaintiffs,                               No. C 11-00092 WHA

12

  v.

13

STEVEN L. MYERS, and MYERS               **ORDER RE**
ENGINEERING INTERNATIONAL, INC.,     **ATTORNEY'S FEES**

14
15

      Defendants.

                             /

16
17

       On May 28, plaintiffs were held joint and severally liable for defendants' attorney's fees

18

and costs. Defendants were ordered to file a supplemental application for fees covering only the

19

work they conducted since the appeal of this action. Defendants' application claimed a total of

20

$10,879.40 in attorney's fees and costs (Dkt. No. 106). Plaintiffs had until June 6 to contest

21

defendants' supplemental application. No opposition was filed. Accordingly, plaintiffs are

22

hereby ordered to pay defendants the full amount requested.

23
24

       **IT IS SO ORDERED.**

25
26

Dated:  June 16, 2014.

                            WILLIAM ALSUP
                            UNITED STATES DISTRICT JUDGE

27
28

**United States District Court**
For the Northern District of California