**EJ-100**

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
After recording return to:
Christopher C. Cooke, SBN 142342
Cooke Kobrick & Wu LLP
177 Bovet Road, #600 San Mateo CA 94402
TELEPHONE NO.: (650) 638-2370
FAX NO. (Optional): (650) 350-4333
E-MAIL ADDRESS (Optional): ccooke@ckwlaw.com
ATTORNEY FOR (Name): Steven L. Myers, Myers Eng Intl Inc.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** U.S.D.C. N.D. Cal.
STREET ADDRESS: 450 Golden Gate Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: JAMES R. JOHNSON, et al.
DEFENDANT: STEVEN L. MYERS, et al.

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**
[✓] FULL  [ ] PARTIAL  [ ] MATURED INSTALLMENT

CASE NUMBER: 3:11-cv-0092 WHA

FOR COURT USE ONLY

1. Satisfaction of the judgment is acknowledged as follows:
   a. [✓] Full satisfaction
      (1) [ ] Judgment is satisfied in full.
      (2) [✓] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of (date):

2. Full name and address of judgment creditor:*
   Steven L. Myers and Myers Engineering International, Inc., c/o Cooke Kobrick & Wu LLP, 177 Bovet Rd., #600 San Mateo CA 94402

3. Full name and address of assignee of record, if any:
   none

4. Full name and address of judgment debtor being fully or partially released:*
   James M. Ross, Todd Severin, Hans P. Schroeder, William &Valerie Schneider, Stephen Schneider, Michael Bilich, Michael & Marian Moffett, Lance & Jane Goddard, Robert & Deborah Hartenstein, Richard Gaddes

5. a. Judgment entered on (date): May 28, 2014 & June 16, 2014
   b. [ ] Renewal entered on (date):

6. [✓] An [✓] abstract of judgment [ ] certified copy of the judgment has been recorded as follows (complete all information for each county where recorded):

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| Contra Costa | July 3, 2014 | DOC-2014-010000-00 |

7. [✓] A notice of judgment lien has been filed in the office of the Secretary of State as file number (specify):
   14-7416968703 (June 20, 2014)

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date:

(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)
Christopher Cooke, Attorney for Creditors

Page 1 of 1

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. January 1, 2005]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Code of Civil Procedure, §§ 724.060, 724.120, 724.250