MC-012

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Christopher C. Cooke (#142342)<br>COOKE KOBRICK & WU LLP<br>177 Bovet Rd., Suite 600<br>San Mateo, CA 94402<br><br>TELEPHONE NO.: (650) 638-2370   FAX NO.:<br>ATTORNEY FOR *(Name)*: Steven L. Myers and Myers Engineering Int'l Inc.<br>NAME OF COURT: U.S.D.C. N.D. Cal<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: San Francisco Division | |

PLAINTIFF: James L. Johnson, et al.

DEFENDANT: Steven L. Myers and Myers Engineering Int'l Inc.

| MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST | CASE NUMBER:<br>3:11-CV-0092 WHA |
|---|---|

1. I claim the following costs after judgment incurred within the last two years *(indicate if there are multiple items in any category)*:

| | | Dates Incurred | Amount |
|---|---|---|---|
| a | Preparing and issuing abstract of judgment | | $ |
| b | Recording and indexing abstract of judgment | | $ 26.00 |
| c | Filing notice of judgment lien on personal property | | $ |
| d | Issuing writ of execution, to extent not satisfied by Code Civ. Proc., § 685.050 (specify county): | | $ |
| e | Levying officers fees, to extent not satisfied by Code Civ. Proc., § 685.050 or wage garnishment (see attached statement re: costs of levy) | | $ 7736.00 |
| f | Approved fee on application for order for appearance of judgment debtor, or other approved costs under Code Civ. Proc., § 708.110 et seq. | | $ |
| g | Attorney fees, if allowed by Code Civ. Proc., § 685.040 | | $ |
| h | Other: see attached schedule of costs  *(Statute authorizing cost)*: | | $ |
| i | Total of claimed costs for current memorandum of costs *(add items a–h)* | | $ |

2. All previously allowed postjudgment costs: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 122598.91

3. **Total** of all postjudgment costs (add items 1 and 2): . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ 130360.91

4. **Acknowledgment of Credit.** I acknowledge total credit to date (including returns on levy process and direct payments) in the amount of: $ 125,000

5. **Declaration of Accrued Interest.** Interest on the judgment accruing at the legal rate from the date of entry on balances due after partial satisfactions and other credits in the amount of: $

6. I am the ☐ judgment creditor  ☐ agent for the judgment creditor  ☑ attorney for the judgment creditor.
I have knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/01/2014

Christopher C. Cooke                               ▶ /s/ [signature]
(TYPE OR PRINT NAME)                                   (SIGNATURE OF DECLARANT)

**NOTICE TO THE JUDGMENT DEBTOR**
If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, *not exceeding $100 in aggregate* and not already allowed by the court, may be included in the writ of execution. The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution. (Code Civ. Proc., § 685.070(e).) A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum. (Code Civ. Proc., § 685.070(c).)

*(Proof of service on reverse)*

Form Adopted for Mandatory Use
Judicial Council of California
MC-012 [Rev. January 1, 2011]

**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**

Code of Civil Procedure
§ 685.070
www.courts.ca.gov

# STATEMENT

**SPECIALIZED LEGAL SERVICES, INC.**
1112 Bryant St., Suite 200 | San Francisco | CA 94103
T (415) 357-0500 |F (415) 357-0595 |
www.specializedlegal.com/

| Page | Customer No. |
|---|---|
| 1 | COOKE |
| **Invoice Date** | **Total Due** |
| 08/31/2014 | $ 7,736.00 |

Cooke Kobrick & Wu LLP
177 Bovet Road, # 600
San Mateo, CA 94402

ANY BILLING QUESTIONS
PLEASE CONTACT ACCOUNTING
TEL # (415) 357-0500
TAX ID: 94-3315956

| Customer No. | Page | Invoice Date | Amount Due |
|---|---|---|---|
| COOKE | 1 | 08/31/2014 | $ 7,736.00 |

| Order No. | Date | Case Name | Ref No. | Amount | Total |
|---|---|---|---|---|---|
| P120196 | 08/31/2014 | Bank of America, N.A. | | 450.00 | 450.00 |
| P120198 | 08/31/2014 | Bank of America, N.A. | | 60.00 | 510.00 |
| P120199 | 08/31/2014 | Bank of America, N.A. | | 60.00 | 570.00 |
| P120200 | 08/31/2014 | Bank of America, N.A. | | 60.00 | 630.00 |
| P120202 | 08/31/2014 | Bank of America, N.A. | | 60.00 | 690.00 |
| P120203 | 08/31/2014 | Bank of America, N.A. | | 60.00 | 750.00 |
| P120204 | 08/31/2014 | Bank of America, N.A. | | 60.00 | 810.00 |
| P120205 | 08/31/2014 | Bank of America, N.A. | | 60.00 | 870.00 |
| P120206 | 08/31/2014 | Bank of America, N.A. | | 60.00 | 930.00 |
| P120368 | 08/31/2014 | US Marshall for Northern District of California | 3:11-CV-0092 WHA | 3,146.00 | 4,076.00 |
| P120369 | 08/31/2014 | WELLS FARGO BANK, NA. | 3:11-CV-0092 WHA | 450.00 | 4,526.00 |
| P120370 | 08/31/2014 | WELLS FARGO BANK, NA. | 3:11-CV-0092 WHA | 60.00 | 4,586.00 |
| P120372 | 08/31/2014 | WELLS FARGO BANK, NA. | 3:11-CV-0092 WHA | 60.00 | 4,646.00 |
| P120373 | 08/31/2014 | WELLS FARGO BANK, NA. | 3:11-CV-0092 WHA | 60.00 | 4,706.00 |
| P120374 | 08/31/2014 | WELLS FARGO BANK, NA. | 3:11-CV-0092 WHA | 60.00 | 4,766.00 |
| P120375 | 08/31/2014 | WELLS FARGO BANK, NA. | 3:11-CV-0092 WHA | 60.00 | 4,826.00 |
| P120376 | 08/31/2014 | WELLS FARGO BANK, NA. | 3:11-CV-0092 WHA | 60.00 | 4,886.00 |
| P120378 | 08/31/2014 | WELLS FARGO BANK, NA. | 3:11-CV-0092 WHA | 60.00 | 4,946.00 |
| P120379 | 08/31/2014 | JPMORGAN CHASE BANK, N.A | 3:11-CV-0092 WHA | 450.00 | 5,396.00 |
| P120380 | 08/31/2014 | JPMORGAN CHASE BANK, N.A | 3:11-CV-0092 WHA | 60.00 | 5,456.00 |
| P120381 | 08/31/2014 | JPMORGAN CHASE BANK, N.A | 3:11-CV-0092 WHA | 60.00 | 5,516.00 |
| P120382 | 08/31/2014 | JPMORGAN CHASE BANK, N.A | 3:11-CV-0092 WHA | 60.00 | 5,576.00 |
| P120383 | 08/31/2014 | JPMORGAN CHASE BANK, N.A | 3:11-CV-0092 WHA | 60.00 | 5,636.00 |
| P120384 | 08/31/2014 | JPMORGAN CHASE BANK, N.A | 3:11-CV-0092 WHA | 60.00 | 5,696.00 |
| P120385 | 08/31/2014 | JPMORGAN CHASE BANK, N.A | 3:11-CV-0092 WHA | 60.00 | 5,756.00 |
| P120386 | 08/31/2014 | JPMORGAN CHASE BANK, N.A | 3:11-CV-0092 WHA | 60.00 | 5,816.00 |
| P120387 | 08/31/2014 | JPMORGAN CHASE BANK, N.A | 3:11-CV-0092 WHA | 60.00 | 5,876.00 |
| P120388 | 08/31/2014 | CITIBANK, N.A. | 3:11-CV-0092 WHA | 450.00 | 6,326.00 |
| P120389 | 08/31/2014 | CITIBANK, N.A. | 3:11-CV-0092 WHA | 60.00 | 6,386.00 |
| P120390 | 08/31/2014 | CITIBANK, N.A. | 3:11-CV-0092 WHA | 60.00 | 6,446.00 |
| P120391 | 08/31/2014 | CITIBANK, N.A. | 3:11-CV-0092 WHA | 60.00 | 6,506.00 |

**See Next Page**

**PAYMENT DUE UPON RECEIPT**

# STATEMENT

**SPECIALIZED LEGAL SERVICES, INC.**
1112 Bryant St., Suite 200 | San Francisco | CA 94103
T (415) 357-0500 |F (415) 357-0595 |
www.specializedlegal.com/

| Page | Customer No. |
|---|---|
| 2 | COOKE |
| **Invoice Date** | **Total Due** |
| 08/31/2014 | $ 7,736.00 |

Cooke Kobrick & Wu LLP
177 Bovet Road, # 600
San Mateo, CA 94402

ANY BILLING QUESTIONS
PLEASE CONTACT ACCOUNTING
TEL # (415) 357-0500
TAX ID: 94-3315956

| | | Customer No. | Page | Invoice Date | Amount Due | | | |
|---|---|---|---|---|---|---|---|---|
| | | COOKE | 2 | 08/31/2014 | $ 7,736.00 | | | |
| **Order No.** | **DATE** | **Case Name** | | | | **Ref No.** | **Amount** | **Total** |
| P120392 | 08/31/2014 | CITIBANK, N.A. | | | | 3:11-CV-0092 WHA | 60.00 | 6,566.00 |
| P120393 | 08/31/2014 | CITIBANK, N.A. | | | | 3:11-CV-0092 WHA | 60.00 | 6,626.00 |
| P120394 | 08/31/2014 | CITIBANK, N.A. | | | | 3:11-CV-0092 WHA | 60.00 | 6,686.00 |
| P120395 | 08/31/2014 | CITIBANK, N.A. | | | | 3:11-CV-0092 WHA | 60.00 | 6,746.00 |
| P120396 | 08/31/2014 | CITIBANK, N.A. | | | | 3:11-CV-0092 WHA | 60.00 | 6,806.00 |
| P120397 | 08/31/2014 | UNION BANK, N.A. | | | | 3:11-CV-0092 WHA | 450.00 | 7,256.00 |
| P120398 | 08/31/2014 | UNION BANK, N.A. | | | | 3:11-CV-0092 WHA | 60.00 | 7,316.00 |
| P120399 | 08/31/2014 | UNION BANK, N.A. | | | | 3:11-CV-0092 WHA | 60.00 | 7,376.00 |
| P120400 | 08/31/2014 | UNION BANK, N.A. | | | | 3:11-CV-0092 WHA | 60.00 | 7,436.00 |
| P120401 | 08/31/2014 | UNION BANK, N.A. | | | | 3:11-CV-0092 WHA | 60.00 | 7,496.00 |
| P120402 | 08/31/2014 | UNION BANK, N.A. | | | | 3:11-CV-0092 WHA | 60.00 | 7,556.00 |
| P120403 | 08/31/2014 | UNION BANK, N.A. | | | | 3:11-CV-0092 WHA | 60.00 | 7,616.00 |
| P120404 | 08/31/2014 | UNION BANK, N.A. | | | | 3:11-CV-0092 WHA | 60.00 | 7,676.00 |
| P120405 | 08/31/2014 | UNION BANK, N.A. | | | | 3:11-CV-0092 WHA | 60.00 | 7,736.00 |

**$ 7,736.00**

| Current | OVER 30 Days | OVER 60 Days | OVER 90 Days |
|---|---|---|---|
| 7,736.00 | .00 | .00 | .00 |

# COURT INVOICE

**Specialized Legal Services, Inc.**
1112 Bryant St., Suite 200 San Francisco, CA 94103
Phone: (415) 357-0500 ~ Fax: (415) 357-0595

TAX ID: 94-3315956

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COOKE | August 31, 2014 | P120368 |

Bill To:
Christopher Cooke
Cooke Kobrick & Wu LLP
177 Bovet Road 600
San Mateo, CA 94402

Case No: 3:11-CV-0092 WHA
File No: 3:11-CV-0092 WHA

Court: US Marshall for Northern District of California
Plaintiff: JAMES R. JOHNSON, et al.
Defendant: STEVEN L. MYERS, et al.

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Fee Advance | 2,860.00 | .00 | 2,860.00 |
| Check Charge | 2,860.00 | .00 | 286.00 |

Documents: OPEN SHERIFF'S FILE

Completed on 8/22/2014

| | TOTAL DUE | $ 3,146.00 |
|---|---|---|

Thank you for choosing Specialized Legal Services, Inc.!
For billing inquiries, please contact our Accounting Department at (415) 357-0500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COOKE | August 31, 2014 | P120368 |

Remit To:
**Specialized Legal Services, Inc.**
1112 Bryant St., Suite 200
San Francisco, CA 94103

TOTAL DUE: $ 3,146.00

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Specialized Legal Services, Inc.

Order#:P120368/INVOICEC