IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES R. JOHNSON, *et al.*,

    Plaintiffs,

v.

STEVEN L. MYERS dba MEYERS ENGINEERING INTERNATIONAL INC., an MYERS ENGINEERING INTERNATIONAL INC.,

    Defendants.

No. C 11-00092 WHA

**ORDER RE MOTION FOR POSTJUDGMENT ATTORNEY'S FEES AND COSTS**

    Defendants have filed a motion and declaration for postjudgment attorney's fees and costs in the amount of $15,572. This stems from defendants' attempts to collect on the undersigned judge's two earlier orders awarding $122,598.51 for defendants' attorney's fees and costs (Dkt. No. 114). Now, the deadline for plaintiffs' response has long passed, but no such response has been received. *See* Civ. L.R. 7-3.

    Nonetheless, plaintiffs shall have until **10 AM ON NOVEMBER 10, 2014**, to contest defendants' present motion or to file a statement of nonopposition thereto. If no opposition is received by that deadline, plaintiffs should be aware that they may be ordered to pay the additional $15,572 amount requested by defendants.

    **IT IS SO ORDERED.**

Dated: November 5, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE