IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES R. JOHNSON, *et al.*,

    Plaintiffs,

v.

STEVEN L. MYERS dba MEYERS ENGINEERING INTERNATIONAL INC., an MYERS ENGINEERING INTERNATIONAL INC.,

    Defendants.

    /

No. C 11-00092 WHA

**ORDER GRANTING MOTION FOR POSTJUDGMENT ATTORNEY'S FEES AND COSTS; AND VACATING HEARING**

On October 2, 2014, defendants filed a motion and declaration for postjudgment attorney's fees and costs in the additional amount of $15,572 (Dkt. No. 114). This stems from defendants' attempts to collect on the undersigned judge's two earlier orders awarding $122,598.51 for defendants' attorney's fees and costs. The deadline for plaintiffs' response was October 16, 2014, but no such response was received. *See* Civ. L.R. 7-3.

Nevertheless, an order filed on November 5, 2014, extended plaintiffs' deadline to respond until 10 AM on November 10, 2014, to contest defendants' motion or to file a statement of nonopposition thereto (Dkt. No. 115). That order warned that plaintiffs' failure to respond by the November 10 deadline may result in another order to pay the additional $15,572 requested by defendants.

The November 10 deadline has come and gone and plaintiffs have failed to respond. Defendants' present motion is thus **GRANTED**. The hearing previously set for November 20, 2014, is accordingly **VACATED**.

**IT IS SO ORDERED.**

Dated: November 12, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE