IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. JOHNSON, *et al.*, | No. C 11-00092 WHA |
| Plaintiffs, | |
| v. | |
| STEVEN L. MYERS dba Myers Engineering International, Inc., and MYERS ENGINEERING INTERNATIONAL, INC., | **ORDER TO SHOW CAUSE** |
| Defendants. | |

Plaintiff James Johnson, Attorney Charles Smith, and defense counsel shall appear before the undersigned judge on **SEPTEMBER 28 AT 8:00 A.M.** to **SHOW CAUSE** why Johnson should not be held in contempt for failing to appear for his judgment debtor exam before Magistrate Judge Sallie Kim on August 16 (*see* Dkt. No. 126). If Johnson does not appear at the September 28 show cause hearing, the Court may order the United States Marshals to find him and take him into custody.

**IT IS SO ORDERED.**

Dated: August 24, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE