IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE JAMES R. JOHNSON

No. C 11-00092 WHA
No. C 17-02154 WHA

**ORDER RE FUTURE FILINGS**

/

From now through September 28, no further pleadings or motions may be filed in the above-captioned closed actions. After September 28, any further pleadings or motions may be filed only with the Court's advance permission. Such permission may be sought by a three-page précis letter explaining the basis and need for the pleading or motion.

**IT IS SO ORDERED.**

Dated: August 24, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE